**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**UNITED STATES OF AMERICA**                                     **PLAINTIFF**

v.                                                         **CIVIL ACTION NO. 4:22-CV-120-DMB-JMV**

**NICOLAS PEEPLES**                                             **DEFENDANT**

## DEFAULT JUDGMENT

The Defendant, Nicolas Peeples, having failed to appear, plead or otherwise defend in this action, and default having been entered on December 22, 2022, and counsel for Plaintiff having requested judgment against the defaulted defendant and having filed a proper motion and declaration in accordance with Federal Rule of Civil Procedure 55 (a) and (b);

Judgment is hereby entered in favor of Plaintiff United States of America and against Defendant Nicolas Peeples, in the amount of $87,080.00 plus interest on the judgment at the legal rate until the judgment is satisfied.

This the 9th day of January, 2023.

                                                                  David Crews, Clerk of Court

                                                                  s/ Jennifer L. Adams
                                 BY:     Deputy Clerk